UNITED STATES DISTRICT COURT
DISRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW MOCHARY, | |
| Plaintiff, | Case No. 3:20-cv-01034 (VAB) |
| v. | **Motion to Dismiss** |
| SETH BERGSTEIN, | October 23, 2020 |
| Defendant | |

**DEFENDANT SETH BERGSTEIN'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR,
IN THE ALTERNATIVE, FOR STAY OF PROCEEDINGS**

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendant, Seth Bergstein ("Bergstein"), hereby respectfully moves to dismiss all counts and prayers for relief in the plaintiff, Matthew Mochary's ("Mochary"), July 22, 2020 Complaint [Doc. No. 1] for failure to state a claim upon which relief can be granted. In the alternative, Bergstein respectfully requests that this Court stay all proceedings to allow the family court to make its findings and rulings as to the property at issue.

As more fully set forth in the accompanying Memorandum of Law in support of this motion, the Connecticut State Court currently adjudicating Bergstein's divorce proceedings is statutorily bound to decide matters concerning the disposition of the marital estate pursuant to Conn. Gen. Stat. §46b-81. Questions such as these which are matrimonial in nature should lead this Court to abstain from exercising its diversity jurisdiction in this case. In the alternative, this Court should stay the proceedings before it to allow the state court to fulfill its statutory duty,

**ORAL ARGUMENT REQUESTED**

thus avoiding the very real possibility of conflicting judgments and the needless expenditure of time and resources.

A memorandum of law as required by L.Civ. R. 7(a) is filed on even date herewith.

**DEFENDANT SETH BERGSTEIN**

By:  /s/ Howard K. Levine
     Howard K. Levine (ct10555)
     **Carmody Torrance Sandak & Hennessey LLP**
     195 Church Street, 18th Floor
     P.O. Box 1950
     New Haven, CT 06509-1950
     Telephone: (203) 777-5501
     Facsimile:  (203) 784-3199
     Email:  hlevine@carmodylaw.com

     Peter M. Nolin (ct06223)
     **Carmody Torrance Sandak & Hennessey LLP**
     707 Summer Street
     Stamford, Connecticut 06901-1026
     Telephone: (203) 252-2683
     Facsimile: (203) 325-8608
     Cell: (203) 856-6135
     E-mail:  pnolin@carmodylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020 a copy of the foregoing **Motion to Dismiss** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Howard K. Levine
Howard K. Levine