# EXHIBIT A




# State of Connecticut Judicial Branch
## Superior Court Case Look-up

**Superior Court Case Look-up**
- Civil/Family
- Housing
- Small Claims

**Attorney/Firm Juris Number Look-up**

**Case Look-up**
- By Party Name
- By Docket Number
- By Attorney/Firm Juris Number
- By Property Address

**Short Calendar Look-up**
- By Court Location
- By Attorney/Firm Juris Number
- Motion to Seal or Close
- Calendar Notices

**Court Events Look-up**
- By Date
- By Docket Number
- By Attorney/Firm Juris Number

**Legal Notices**

**Pending Foreclosure Sales**

**Understanding Display of Case Information**

**Contact Us**


Comments

**FST-FA19-6039435-S BERGSTEIN, ALEXANDRA v. BERGSTEIN, SETH**
Prefix/Suffix: [none]    Case Type: F00    File Date: 12/28/2018    Return Date: 01/08/2019

| Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help |

To receive an email when there is activity on this case, click here.

Information Updated as of: 10/23/2020

### Case Information
- **Case Type:** F00 - Family - Dissolution of Marriage - C.G.S. Chapter 815j
- **Court Location:** STAMFORD JD
- **Financial Disputes:** Yes
- **Parenting Disputes:** No
- **RFTD Referral:** No
- **RFTD Accepted:** No
- **Last Action Date:** 10/19/2020 (Last Action Date is a data entry date, not actual date)

### Disposition Information
- **Disposition Date:**
- **Disposition:**
- **Judge or Magistrate:**

### Party/Appearance/ IV-D Authorized Filer Information

| Party | | No Fee Party | Category |
|---|---|---|---|
| **P-01 ALEXANDRA BERGSTEIN** | | | Plaintiff |
| Attorney: COHEN GARY I LAW OFFICES OF PC (010008)<br>1100 SUMMER STREET<br>THIRD FLOOR<br>STAMFORD, CT 06905<br>Appearance For: Family Superior Court Only | File Date: 12/28/2018 | | |
| Attorney: SCHOONMAKER GEORGE COLIN BLOMBERG BRYNIC (412222)<br>1700 EAST PUTNAM AVENUE<br>SUITE 206<br>OLD GREENWICH, CT 06870<br>Appearance For: Family Superior Court Only | File Date: 02/13/2020 | | |
| **D-01 SETH BERGSTEIN** | | | Defendant |
| Attorney: FERRO & BATTEY LLC (433098)<br>320 BOSTON POST ROAD<br>SUITE 102<br>DARIEN, CT 06820<br>Appearance For: Family Superior Court Only | File Date: 01/02/2019 | | |
| **O-01 NICHOLA SAMPONARO, WITNESS** | | | Witness |
| Attorney: CACACE TUSCH & SANTAGATA (105068)<br>1111 SUMMER STREET<br>3RD FLOOR<br>STAMFORD, CT 06905<br>Appearance For: Family Superior Court Only | File Date: 04/22/2019 | | |
| **O-02 NON-PARTY PROSPECTIVE DEPONENT BERTINI BERGSTEIN** | | | Witness |
| Attorney: EFFRON WAYNE D. PC (100106)<br>PO BOX 5237<br>GREENWICH, CT 06831<br>Appearance For: Family Superior Court Only | File Date: 05/28/2019 | | |
| **O-03 NON-PARTY PROSPECTIVE WITNESS MORGAN STANLEY** | | | Witness |
| Attorney: MICHAEL R GAICO (429139)<br>17 STATE STREET<br>34TH FLOOR<br>NEW YORK, NY 10004<br>Appearance For: Family Superior Court Only | File Date: 08/14/2019 | | |

**Viewing Documents on Family Cases:**

- Documents, court orders and judicial notices in electronic (paperless) family cases are not available publicly over the internet.*

- Documents, court orders and judicial notices in paper family files can be viewed at the Clerk's Office in the Judicial District where the case is located during normal business hours*

- If there is an ⟶ in front of the docket number of a case, the court file for that case is electronic (paperless). Documents and court orders in electronic (paperless) family cases can be viewed at public access computers in any judicial district courthouse during normal business hours.*

*Any documents protected by law or by court order that are not open to the public cannot be viewed by the public online and can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| | | | Motions / Pleadings / Documents / Case Status |
|---|---|---|---|
| Entry No | File Date | Filed By | Description |
| | 12/28/2018 | P | SUMMONS |
| | 12/28/2018 | P | COMPLAINT |
| | 12/28/2018 | P | NOTICE OF AUTOMATIC COURT ORDERS |
| | 01/02/2019 | D | APPEARANCE<br>Appearance |
| | 04/22/2019 | | APPEARANCE |
| | 05/28/2019 | | APPEARANCE |
| | 08/14/2019 | | APPEARANCE |
| | 02/13/2020 | P | APPEARANCE<br>Appearance |
| 100.30 | 12/28/2018 | P | RETURN OF SERVICE |
| 100.31 | 12/28/2018 | P | BLANK APPEARANCE SERVED WITH COMPLAINT IN ACCORDANCE WITH PA 18-14 |
| 101.00 | 12/28/2018 | P | MOTION FOR ALIMONY PENDENTE LITE<br>RESULT: Order 11/6/2019 HON MICHAEL SHAY |
| 101.01 | 11/06/2019 | C | ORDER<br>RESULT: Order 11/6/2019 HON MICHAEL SHAY |
| 101.02 | 11/06/2019 | C | MEMORANDUM OF DECISION ON MOTION<br>RESULT: Order 11/6/2019 HON MICHAEL SHAY |
| 102.00 | 12/28/2018 | P | MOTION FOR ALIMONY, CUSTODY OF MINOR CHILDREN AND CHILD SUPPORT PENDENTE LITE<br>P's Motion for Child Support, PL |
| 103.00 | 12/28/2018 | P | MOTION FOR ORDER<br>P's Motion for Parenting Plan, PL<br>RESULT: Off 2/27/2019 HON ANTHONY TRUGLIA |
| 104.00 | 01/09/2019 | D | MOTION FOR CONTEMPT PENDENTE LITE |
| 105.00 | 01/23/2019 | P | MOTION FOR PROTECTIVE ORDER |
| 106.00 | 01/30/2019 | P | NOTICE<br>Notice of Filing First Request for Production |
| 107.00 | 02/08/2019 | P | OBJECTION RE DISCOVERY OR DISCLOSURE |
| 108.00 | 02/25/2019 | P | MOTION FOR EXTENSION OF TIME RE DISCOVERY MOTION OR REQUEST PB CH13 |
| 109.00 | 03/01/2019 | D | MOTION FOR APPOINTMENT OF COUNSEL FOR CHILD PENDENTE LITE |
| 110.00 | 03/01/2019 | D | MOTION FOR ORDER<br>Motion to Set Parenting Plan |
| 111.00 | 03/08/2019 | P | MOTION FOR CONTINUANCE<br>Motion for Continuance of 4/11/2019 Case Management Date<br>RESULT: Granted 3/11/2019 HON DONNA HELLER |
| 111.01 | 03/11/2019 | C | ORDER<br>RESULT: Granted 3/11/2019 HON DONNA HELLER |
| 112.00 | 03/08/2019 | P | MOTION FOR COMMISSION FOR DEPOSITION<br>Plaintiff's Application for Appointment of Commission to Take Deposition of Non-Resident<br>RESULT: Granted 4/1/2019 HON MARGARITA HARTLEY MOORE |
| 112.01 | 04/01/2019 | P | MOTION FOR COMMISSION FOR DEPOSITION<br>RESULT: Granted 4/1/2019 HON MARGARITA HARTLEY MOORE |
| 113.00 | 03/08/2019 | P | MOTION FOR COMMISSION FOR DEPOSITION<br>Plaintiff's Application for Appointment of Commission to Take Deposition of Non-Resident<br>RESULT: Granted 4/1/2019 HON MARGARITA HARTLEY MOORE |
| 113.01 | 04/01/2019 | P | MOTION FOR COMMISSION FOR DEPOSITION<br>RESULT: Granted 4/1/2019 HON MARGARITA HARTLEY MOORE |
| 114.00 | 03/13/2019 | P | NOTICE<br>P's Notice of Filing a Request to Produce at Hearing |
| 115.00 | 03/13/2019 | D | FINANCIAL AFFIDAVIT |
| 116.00 | 03/29/2019 | D | REQUEST<br>for Party to be Excused from Short Calendar |
| 116.01 | 03/29/2019 | C | ORDER<br>RESULT: Granted 3/29/2019 HON MARGARITA HARTLEY MOORE |
| 117.00 | 03/29/2019 | P | REQUEST<br>Plaintiff's Request for Party to be Excused from Short Calendar, Pendente Lite |
| 117.01 | 03/29/2019 | C | ORDER<br>RESULT: Granted 3/29/2019 HON MARGARITA HARTLEY MOORE |
| 118.00 | 03/29/2019 | D | MOTION FOR COMMISSION FOR DEPOSITION |

| | | | |
|---|---|---|---|
| 118.01 | 04/22/2019 | C | **ORDER** <br> RESULT: Granted 4/22/2019 HON DONNA HELLER |
| 118.02 | 04/24/2019 | C | **COMMISSION TO TAKE DEPOSITION** |
| 119.00 | 03/29/2019 | D | **MOTION FOR EXTENSION OF TIME** |
| 119.01 | 04/22/2019 | C | **ORDER** <br> RESULT: Granted 4/22/2019 HON DONNA HELLER |
| 120.00 | 04/04/2019 | D | **REQUEST** <br> Defendant's Request for Party to be Excused from Short Calendar |
| 120.01 | 04/08/2019 | C | **ORDER** <br> RESULT: Granted 4/8/2019 HON MARGARITA HARTLEY MOORE |
| 121.00 | 04/04/2019 | D | **MOTION FOR CONTEMPT PENDENTE LITE** |
| 122.00 | 04/04/2019 | P | **FINANCIAL AFFIDAVIT** <br> Plaintiff's Financial Affidavit |
| 123.00 | 04/18/2019 | P | **CASE MANAGEMENT AGREEMENT** <br> RESULT: Rejected 4/26/2019 HON DONNA HELLER |
| 123.01 | 04/26/2019 | C | **ORDER** <br> RESULT: Rejected 4/26/2019 HON DONNA HELLER |
| 123.02 | 04/26/2019 | C | **ORDER** <br> RESULT: Rejected 4/26/2019 HON DONNA HELLER |
| 124.00 | 04/18/2019 | P | **AGREEMENT** <br> 4-17-2019 Parenting Plan, PL |
| 125.00 | 04/22/2019 | D | **AFFIDAVIT** <br> Affidavit Pursuant to P.B. 13-10 |
| 126.00 | 04/23/2019 | P | **MOTION FOR PROTECTIVE ORDER** <br> Plaintiff's Motion for Protective Order, Pendente Lite |
| 127.00 | 04/22/2019 | O | **MOTION TO QUASH** |
| 127.01 | 05/28/2019 | C | **ORDER** <br> RESULT: Order 5/28/2019 HON ANTHONY TRUGLIA |
| 128.00 | 04/25/2019 | D | **MOTION FOR ORDER** <br> Defendant's Motion for Order Concerning the Plaintiff's Deposition |
| 129.00 | 04/25/2019 | D | **MOTION FOR PROTECTIVE ORDER** |
| 130.00 | 04/29/2019 | P | **CERTIFICATION TO COURT OF PARENTING EDUCATION PROGRAM RESULTS BY FAM DIV CGS SEC. 46b-69b(c)** |
| 131.00 | 04/29/2019 | D | **OBJECTION TO INTERROGATORIES/PRODUCTION PB 13-8 and 13-10** <br> Defendant's Objections to Plaintiff's First Request for Production |
| 132.00 | 04/30/2019 | D | **CERTIFICATION TO COURT OF PARENTING EDUCATION PROGRAM RESULTS BY FAM DIV CGS SEC. 46b-69b(c)** |
| 133.00 | 05/02/2019 | P | **MOTION FOR ORDER** <br> Motion to Set Deposition Date |
| 134.00 | 05/07/2019 | D | **MOTION FOR CONTEMPT PENDENTE LITE** <br> Defendant's Amended Motion for Contempt |
| 135.00 | 05/08/2019 | P | **MOTION FOR PROTECTIVE ORDER** <br> Plaintiff's Motion for Protective Order, Pendente Lite |
| 136.00 | 05/08/2019 | P | **MOTION FOR ORDER** <br> Plaintiff's Motion to Set Bertini Bergstein's Deposition Date, Pendente Lite |
| 137.00 | 05/10/2019 | P | **OBJECTION TO MOTION** <br> Objection to Motion for Contempt dated 5/7/2019 (#134.00) and Motion for Sanctions |
| 138.00 | 05/14/2019 | D | **OBJECTION TO MOTION** <br> Defendant's Objection to Plaintiff's Motion for Protective Order, Pendente Lite |
| 139.00 | 05/20/2019 | D | **MOTION FOR PROTECTIVE ORDER PB 13-5** |
| 140.00 | 05/23/2019 | P | **AFFIDAVIT** <br> Affidavit Re: Bona Fide Attempt to Resolve Objections |
| 141.00 | 05/24/2019 | P | **CASE MANAGEMENT AGREEMENT** <br> Case Management Agreement <br> RESULT: Order 6/13/2019 HON DONNA HELLER |
| 141.01 | 06/13/2019 | C | **ORDER** <br> RESULT: Order 6/13/2019 HON DONNA HELLER |
| 142.00 | 05/24/2019 | P | **MOTION FOR CONTINUANCE** <br> Plaintiff's Motion for Continuance <br> RESULT: Granted 5/24/2019 HON DONNA HELLER |
| 142.01 | 05/24/2019 | C | **ORDER** <br> RESULT: Granted 5/24/2019 HON DONNA HELLER |
| 143.00 | 05/31/2019 | D | **MOTION FOR ORDER** <br> re Deposition |
| 144.00 | 06/07/2019 | P | **NOTICE OF COMPLIANCE** <br> Plaintiff's Notice of Supplemental Responses to Defendant's Request for Production & Inspection, PL |

| | | | |
|---|---|---|---|
| 145.00 | 06/11/2019 | O | **MOTION FOR PROTECTIVE ORDER PB 13-5**<br>Objections and Motion for Protective Order by Non-Party Deponent Bertini Bergstein, Pendente Lite |
| 146.00 | 06/11/2019 | P | **MOTION FOR ORDER**<br>Plaintiff's Motion for Access to Joint Account, PL |
| 147.00 | 06/14/2019 | P | **MOTION FOR ORDER**<br>Motion for Access to Funds in Joint Account |
| 148.00 | 06/20/2019 | P | **MOTION FOR COMMISSION FOR DEPOSITION**<br>Plaintiff's Application for Appointment of a Commission to Take the Deposition of a Non-Resident<br>*RESULT:* Granted 7/15/2019 HON ANTHONY TRUGLIA |
| 148.01 | 07/15/2019 | C | **ORDER**<br>*RESULT:* Granted 7/15/2019 HON ANTHONY TRUGLIA |
| 149.00 | 06/21/2019 | D | **MOTION FOR CONTEMPT** |
| 150.00 | 06/24/2019 | P | **NOTICE**<br>Plaintiff's Notice of Filing Request to Produce at Hearing, PL |
| 151.00 | 06/25/2019 | D | **MOTION FOR CONTINUANCE** |
| 152.00 | 06/25/2019 | D | **MEMORANDUM**<br>Addendum to Motion for Continuance |
| 153.00 | 06/25/2019 | D | **WITHDRAWAL OF MOTION**<br>for Continuance |
| 154.00 | 06/25/2019 | P | **MOTION FOR ORDER**<br>Plaintiff's Motion for Access to Property, PL |
| 154.01 | 09/05/2019 | P | **AGREEMENT**<br>*RESULT:* Order 9/5/2019 HON MICHAEL SHAY |
| 155.00 | 06/28/2019 | D | **MOTION FOR CONTINUANCE**<br>*RESULT:* Granted 7/10/2019 HON MICHAEL SHAY |
| 155.01 | 07/10/2019 | C | **ORDER**<br>*RESULT:* Granted 7/10/2019 HON MICHAEL SHAY |
| 156.00 | 06/28/2019 | D | **MEMORANDUM**<br>Addendum to Motion for Continuance |
| 157.00 | 06/28/2019 | P | **OBJECTION TO MOTION**<br>P's Objection to D's Motion for Continuance of Hearing |
| 158.00 | 07/01/2019 | P | **NOTICE AND CLAIM FORM (JD-FM-68)**<br>Notice of Request to Produce at Hearing (on July 8, 2019) |
| 159.00 | 07/01/2019 | D | **MOTION FOR PROTECTIVE ORDER** |
| 160.00 | 07/01/2019 | P | **WITHDRAWAL OF MOTION**<br>Withdrawal of #158.00 (Miscategorized as Notice and Claim Form, To be re-filed as Notice |
| 161.00 | 07/01/2019 | P | **NOTICE**<br>Notice of Request to Produce at Hearing (July 8, 2019) |
| 162.00 | 07/08/2019 | D | **OBJECTION**<br>to Request to Produce at Hearing |
| 163.00 | 07/08/2019 | P | **FINANCIAL AFFIDAVIT**<br>Plaintiff's Financial Affidavit |
| 164.00 | 07/10/2019 | D | **REPLY MEMORANDUM** |
| 165.00 | 07/10/2019 | D | **MOTION RE DEPOSITION**<br>Defendant's Motion to Compel Plaintiff's Answers to Deposition Questions |
| 166.00 | 07/11/2019 | D | **OBJECTION**<br>Defendant's Objections to Schedule A of the Notice of Deposition |
| 167.00 | 07/19/2019 | P | **MOTION FOR CONTINUANCE**<br>Plaintiff's Motion for Continuance |
| 167.01 | 07/23/2019 | C | **ORDER**<br>*RESULT:* Granted 7/23/2019 HON DONNA HELLER |
| 168.00 | 08/08/2019 | P | **NOTICE OF COMPLIANCE**<br>Plaintiff's Notice of Responses to Defendant's Motion for Contempt and Supplemental Responses |
| 169.00 | 08/14/2019 | O | **REQUEST FOR APPROVAL OF TEMPORARY AGREEMENT WITHOUT COURT APPEARANCE (FORM JD-FM-263)** |
| 170.00 | 08/19/2019 | P | **MOTION FOR PERMISSION TO APPEAR PRO HAC VICE PB 2-16**<br>Motion to Admit James D. Baskin, Esq. Pro Hac Vice |
| 171.00 | 08/19/2019 | P | **AFFIDAVIT**<br>Affidavit of James D. Baskin in Support of Motion to Admit Pro Hac Vice |
| 172.00 | 08/22/2019 | D | **MOTION FOR CONTINUANCE**<br>Re: Trial<br>*RESULT:* Granted 8/28/2019 HON DONNA HELLER |
| 172.01 | 08/28/2019 | C | **ORDER**<br>*RESULT:* Granted 8/28/2019 HON DONNA HELLER |

| # | Date | P/D | Description |
|---|---|---|---|
| 173.00 | 08/28/2019 | D | **MOTION FOR CONTEMPT PENDENTE LITE**<br>Defendant's Second Amended Motion for Contempt |
| 174.00 | 08/30/2019 | P | **NOTICE**<br>Plaintiff's Notice of Filing Request to Produce at Hearing, Pendente Lite |
| 175.00 | 08/30/2019 | P | **MOTION FOR ORDER OF COMPLIANCE – PB SEC 13-14 (INTERR/PROD – 13-6/13-9)**<br>Plaintiff's Motion for Order of Compliance, Pendente Lite |
| 176.00 | 08/30/2019 | P | **MEMORANDUM IN SUPPORT OF MOTION**<br>Plaintiff's Memorandum in Support of Motion for Order of Compliance, Pendente Lite |
| 177.00 | 09/04/2019 | P | **FINANCIAL AFFIDAVIT**<br>Plaintiff's Financial Affidavit |
| 178.00 | 09/04/2019 | P | **FINANCIAL AFFIDAVIT**<br>Plaintiff's Amended Financial Affidavit |
| 179.00 | 09/04/2019 | P | **MOTION FOR ORDER**<br>Motion for Order Re Parenting Plan |
| 180.00 | 09/05/2019 | D | **FINANCIAL AFFIDAVIT** |
| 181.00 | 09/05/2019 | P | **NOTICE OF COMPLIANCE**<br>Plaintiff's Notice of Supplemental Responses to Defendant's Request for Production & Inspection |
| 182.00 | 09/05/2019 | D | **OBJECTION TO MOTION**<br>Defendant's Objection to Plaintiff's Motion to Admit James D. Baskin, Esq. Pro Hac Vice |
| 183.00 | 09/06/2019 | P | **MOTION FOR ORDER OF COMPLIANCE – PB SEC 13-14 (INTERR/PROD – 13-6/13-9)**<br>Plaintiff's Amended Motion for Order of Compliance, Pendente Lite |
| 184.00 | 09/06/2019 | P | **MEMORANDUM IN SUPPORT OF MOTION**<br>Plaintiff's Amended Memorandum in Support of Motion for Order of Compliance, Pendente Lite |
| 185.00 | 09/12/2019 | P | **MOTION FOR ORDER**<br>Plaintiff's Motion for Order to Set Defendant's Deposition Date, Pendente Lite |
| 185.01 | 10/10/2019 | C | **ORDER**<br>RESULT: Order 10/10/2019 HON MICHAEL SHAY |
| 186.00 | 09/12/2019 | P | **MOTION FOR PROTECTIVE ORDER**<br>Plaintiff's Motion for Protective Order, Pendente Lite |
| 187.00 | 09/13/2019 | P | **NOTICE OF COMPLIANCE**<br>Plaintiff's Notice of Supplemental Responses to Defendant's Request for Production & Inspection |
| 188.00 | 09/20/2019 | P | **NOTICE OF COMPLIANCE**<br>Plaintiff's Notice of Supplemental Responses to Defendants Request for Production & Inspection |
| 189.00 | 09/23/2019 | P | **NOTICE**<br>Plaintiff's Notice of Filing Second Request for Production, Pendente Lite |
| 190.00 | 10/11/2019 | P | **NOTICE OF COMPLIANCE**<br>Plaintiff's Notice of Supplemental Responses to Defendant's Request for Production, PL |
| 191.00 | 10/17/2019 | D | **AGREEMENT**<br>Parenting Plan, Pendente Lite |
| 192.00 | 11/06/2019 | C | **FINANCIAL AFFIDAVIT(S) UNSEALED BY ORDER OF THE COURT**<br>RESULT: Order 11/6/2019 HON MICHAEL SHAY |
| 193.00 | 11/19/2019 | P | **MOTION FOR ORDER OF COMPLIANCE – PB SEC 13-14 (INTERR/PROD – 13-6/13-9)**<br>Plaintiff's Motion for Order of Compliance, Pendente Lite |
| 194.00 | 11/19/2019 | P | **MEMORANDUM IN SUPPORT OF MOTION**<br>Plaintiff's Memorandum in Support of Motion for Order of Compliance, Pendente Lite |
| 195.00 | 11/22/2019 | D | **OBJECTION TO INTERROGATORIES/PRODUCTION PB 13-8 and 13-10** |
| 196.00 | 11/27/2019 | P | **NOTICE OF COMPLIANCE**<br>Plaintiff's Notice of Supplemental Responses to Defendant's Request for Production, PL |
| 197.00 | 12/09/2019 | D | **REPLY MEMORANDUM**<br>Defendant's Memorandum in Response to Plaintiff's Memorandum in Support of Motion of Order for Comp |
| 198.00 | 12/09/2019 | P | **AFFIDAVIT**<br>12-8-2019 P's Good Faith Affidavit Re D's 11-22-2019 Objections, PL |
| 199.00 | 12/09/2019 | C | **TRANSCRIPT** |
| 200.00 | 12/11/2019 | P | **MOTION FOR COMMISSION FOR DEPOSITION**<br>Plaintiff's Application for Appointment of a Commission to Take the Deposition of a Non-Resident, PL |
| 200.01 | 12/30/2019 | C | **MOTION FOR COMMISSION FOR DEPOSITION** |
| 201.00 | 12/11/2019 | P | **NOTICE OF COMPLIANCE**<br>Plaintiff's Notice of Supplemental Responses to Defendant's Request for Production, PL |
| 202.00 | 12/13/2019 | P | **NOTICE OF COMPLIANCE**<br>Plaintiff's Notice of Responses to Defendant's Second Request for Production and Inspection |
| 203.00 | 12/27/2019 | D | **REPLY MEMORANDUM**<br>Defendant's Amended Memorandum |

| | | | |
|---|---|---|---|
| 204.00 | 01/09/2020 | P | **NOTICE**<br>Plaintiff's Notice of Filing Request for Admissions, Pendente Lite |
| 205.00 | 02/04/2020 | P | **MOTION FOR CONTINUANCE**<br>Plaintiff's Motion for Continuance |
| 205.01 | 02/05/2020 | C | **ORDER**<br>*RESULT:* Granted 2/5/2020 HON MICHAEL SHAY |
| 206.00 | 02/10/2020 | D | **NOTICE** |
| 207.00 | 03/09/2020 | D | **MOTION FOR CONTINUANCE**<br>Re: Trial |
| 207.01 | 03/18/2020 | C | **ORDER**<br>*RESULT:* Granted 3/18/2020 HON MICHAEL SHAY |
| 208.00 | 05/21/2020 | P | **MOTION FOR ORDER**<br>Plaintiff's Pendente Lite Motion for Order Re: Father's Parental Conduct 2020-5-21 |
| 209.00 | 05/27/2020 | D | **MOTION FOR CONTINUANCE**<br>Re: Trial<br>*RESULT:* Granted 5/27/2020 HON DONNA HELLER |
| 209.01 | 05/27/2020 | C | **ORDER**<br>*RESULT:* Granted 5/27/2020 HON DONNA HELLER |
| 210.00 | 06/01/2020 | P | **MOTION FOR ORDER**<br>Plaintiff's Motion for Order, Pendente Lite 2020-6-1 |
| 211.00 | 06/19/2020 | D | **OBJECTION TO MOTION**<br>for Order |
| 212.00 | 06/19/2020 | D | **OBJECTION TO MOTION**<br>for Order Re Father's Parental Conduct |
| 213.00 | 07/28/2020 | P | **AFFIDAVIT**<br>Plaintiff's 13-10(i) Affidavit re Objections |
| 214.00 | 07/28/2020 | P | **REQUEST**<br>Plaintiff's Caseflow Request for Remote Hearing |
| 215.00 | 08/03/2020 | P | **MOTION FOR ORDER**<br>Plaintiff's Motion for Order re Parenting Plan 8/3/20 |
| 216.00 | 08/10/2020 | P | **MOTION FOR CONTEMPT**<br>Re Parenting Plan |
| 217.00 | 08/27/2020 | P | **REQUEST**<br>Caseflow Request for Status Conference 2020-08-27 |
| 218.00 | 09/23/2020 | P | **MOTION FOR ORDER**<br>Plaintiff's PL Motion for Immediate Sale and/or Rental of Greenwich Home |
| 219.00 | 09/23/2020 | D | **OBJECTION TO MOTION** |
| 220.00 | 09/28/2020 | P | **REPLY MEMORANDUM**<br>Plaintiff's Reply to Def's Objection for Immediate Sale and/or Rental of Greenwich Home 2020-09 |
| 221.00 | 10/19/2020 | D | **MOTION FOR ORDER** !new<br>Re Access for Appraisals |
| 222.00 | 10/19/2020 | D | **MOTION FOR ORDER OF COMPLIANCE – PB SEC 13-14 (INTERR/PROD – 13-6/13-9)** !new |
| 223.00 | 10/19/2020 | D | **MEMORANDUM IN SUPPORT OF MOTION** !new |

**Scheduled Court Dates as of 10/22/2020**
**FST-FA19-6039435-S - BERGSTEIN, ALEXANDRA v. BERGSTEIN, SETH**

| # | Date | Time | Event Description | Status |
|---|---|---|---|---|
| 1 | 11/16/2020 | 10:30AM | Remote Case Date | Proceeding |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2020, State of Connecticut Judicial Branch

Page Created on 10/23/2020 at 10:07:35 AM

7 of 7                                                                                                    10/23/2020, 10:08 AM